Hoffman, J., concurring in part and dissenting in part
 

 {¶ 56} I concur in the majority's analysis and rejection of Appellant's arguments challenging the trial court's subject matter jurisdiction and Appellee's standing. I further concur in the majority's analysis and decision the trial court abused its discretion in applying the doctrine of laches to this matter.
 
 [1]
 

 {¶ 57} I respectfully dissent, in part, from the majority's final disposition. I would remand the matter to the trial court to determine whether Appellant was in contempt of court with regard to the STRS payment. I would enter a final judgment finding Appellant in contempt with regard to the $37,500 bank account and remand the matter to the trial court to determine the appropriate sanction.
 

 I find the majority's citation to
 
 State ex rel. Doran v. Preble Cty. Bd of Commers.
 
 ,
 
 2013-Ohio-3579
 
 ,
 
 995 N.E.2d 239
 
 , unnecessary.